**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
*Proposed Counsel to the Debtors*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**BIRDSALL SERVICES GROUP, INC., et al.,**<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Bankruptcy Case:<br>Case No. 13-16743 (MBK)<br><br>On appeal from the District Court:<br>Civil No. 13-02202 (MAS) |

**NOTICE OF APPEAL**

Notice is hereby given that Birdsall Services Group, Inc. and BSG Engineering, Surveying & Landscape Architecture, LLC, the debtors in the above-captioned chapter 11 cases (together, the "Debtors"), by and through their proposed counsel, Gibbons P.C., hereby appeal, pursuant to 28 U.S.C. §§ 158(d) and 1292(a), to the United States Court of Appeals for the Third Circuit from an order issued by United States District Court for the District of New Jersey (Hon. Michael A. Shipp) on April 10, 2013, restraining and in effect enjoining the Debtors from making employee payroll and other critical and necessary business expenditures as expressly authorized by the United States Bankruptcy Court for the

District of New Jersey (Hon. Michael B. Kaplan) pursuant to its Second Interim Order Authorizing the Debtors' Use of Cash Collateral dated April 8, 2013 (the "Cash Collateral Order") and granting a temporary stay of the operation of the Cash Collateral Order pending appeal in the District Court.

        Respectfully submitted,

        **GIBBONS P.C.**
        *Proposed Counsel to the Debtors*

        By: /s/ Karen A. Giannelli
        Karen A. Giannelli
        E. Evans Wohlforth
        Mark B. Conlan
        One Gateway Center
        Newark, New Jersey 07102-5310
        Telephone: (973) 596-4500
        Email: Ewohlforth@gibbonslaw.com
        Email: Kgiannelli@gibbonslaw.com
        Email: mconlan@gibbonslaw.com

Dated: April 10, 2013