GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
*Proposed Counsel to the Debtors*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BIRDSALL SERVICES GROUP, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Bankruptcy Case:<br>Case No. 13-16743 (MBK)<br><br>On appeal from the District Court:<br>Civil No. 13-02202 (MAS) |

## CERTIFICATION OF SERVICE

I, Mark B. Conlan, of full age, hereby certify as follows:

1. I am a Director with the law firm of Gibbons P.C., proposed counsel for the Debtor in the above-captioned matter.

2. On April 10, 2013, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties by the electronic notice of filing generated through the Court's CM/ECF system and delivered to registered users of the CM/ECF system, a copy of the following:

- Debtors' Opposition to the Court's Issuance of Temporary Restraints [Docket No. 9]

- Declaration of John L. Wuestneck in Support of Debtors' Opposition to Court's Issuance of Temporary Restraints [Docket No. 9]

- Declaration of Mark B. Conlan in Support of Debtors' Opposition to Court's Issuance of Temporary Restraints [Docket No. 9]

- Notice of Appeal [Docket No. 10]

3. On that same day, I caused the above documents to be served by United States first-class mail, postage prepaid, on the parties listed on the attached service list.

I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

Dated: April 10, 2013  **GIBBONS P.C.**
Newark, New Jersey

By:  /s/ *Mark B. Conlan*
Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 639-6278
E-mail:  kgiannelli@gibbonslaw.com
E-mail:  mconlan@gibbonslaw.com

## SERVICE LIST

Andrew H. Sherman, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102

Mitchell Hausman, Trial Attorney
Office of the U.S. Trustee
U.S. Department of Justice
One Newark Center, Suite 2100
Newark, NJ  07102

Daniel F. Flores, Esq.
Scott A. Zuber, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
200 Campus Drive
Florham Park, NJ 07932

Marie Polito Hofsdal, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017

#1923082 v1
108687-83628