## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-1992

In re: Birdsall Services Group

3-13-cv-02202

### O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 16, 2013

Tnh/cc:   Mark B. Conlan, Esq.
          Karen A. Giannelli, Esq.
          Andrew H. Sherman, Esq.
          Scott A. Zuber, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.